IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEKALB,

      Petitioner,                 No. CIV S-10-2063 GGH P

    vs.

MARSH,

      Respondent.         <u>ORDER</u>

_____/

        Petitioner appears to be a former county inmate proceeding pro se. He has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]

        Petitioner alleges that the Solano County Sheriff's Office kept him incarcerated for fourteen extra days past his sentence. Based on this allegation and that petitioner's address is a residential address, it would appear that petitioner is no longer in custody. It is not clear what relief petitioner seeks. The only relief the court could grant would be petitioner's release from custody, but he appears to not be in custody.

        Within twenty-one days petitioner shall show cause why this petition should not be dismissed for mootness.

---

[1] Petitioner originally filed this petition in a separate civil rights action that is pending. CIV S-10-1427 GGH.

1

1  Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date
2  of this order, plaintiff shall show cause why this action should not be dismissed for mootness.
3  DATED: August 30, 2010

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:ab
deka2063.osc