IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEKALB,

    Petitioner,                    No. CIV S-10-2063 GGH P

    vs.

MARSH,

    Respondent.               FINDINGS & RECOMMENDATIONS

_____/

        By order August 30, 2010, petitioner was ordered to show cause, within twenty-one days, why his petition should not be dismissed for mootness. The twenty-one day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed as moot for the reasons expressed in the August 30, 2010 order. See Local Rule 110; Fed. R. Civ. P. 41(b). The Clerk of Court is directed to assign a district judge to this case.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

1

1 shall be served and filed within fourteen days after service of the objections.  The parties are
2 advised that failure to file objections within the specified time may waive the right to appeal the
3 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4 DATED: October 20, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
deka2063.fsc

2